# Third District Court of Appeal

## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-903
Lower Tribunal No. 17-7166
_____

**Granada Insurance Company,**
Appellant,

vs.

**Ben Auto Service, Corp., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Hinshaw & Culbertson, LLP, and James H. Wyman and Ronald L. Kammer, for appellant.

Florida Advocates, and Carlos D. Cabrera (Dania Beach), for appellee Carlos M. Martinez.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.